UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DAVID TERRENCE STEPHENS,

    Plaintiff,

v.                                    CASE NO. 6:10-cv-1757-Orl-28GJK

JUDGE ROBERT WATTLES, et al.,

    Defendants.

_____

## ORDER

This case is before the Court on Plaintiff's Notice, treated as a Motion for Reconsideration (Doc. No. 7). Although most of Plaintiff's Notice is unclear, it appears that Plaintiff is asking for reconsideration of the Court's Order dismissing the case. *Id.* Plaintiff states that he is being released from prison and upon his release, he will pay the full filing fee to the Court and then the Court can hold a hearing on the issues. *Id.*

The Court notes that on December 1, 2010, it dismissed the instant civil rights action without prejudice pursuant to 28 U.S.C. § 1915(g) (Doc. No. 3). Plaintiff has had three or more cases dismissed for failure to state a claim or on the grounds that the claims raised were frivolous or malicious, thus, he is not entitled to proceed in forma pauperis and must pay the filing fee in full at the time the lawsuit is initiated. *Dupree v. Palmer*, 284 F.3d 1234, 1236 (11th Cir. 2002). Moreover, Plaintiff failed to allege that he is under imminent danger of serious physical injury. If Plaintiff is released from prison and is able to pay the full

filing fee, he may initiate a new civil rights action by filing a new civil rights complaint form together with the full filing fee. Plaintiff has not demonstrated that reconsideration of the Court's prior orders is warranted.

Accordingly, it is hereby **ORDERED** that Plaintiff's motion (Doc. No. 7) is **DENIED**.

**DONE AND ORDERED** in Orlando, Florida this 14 day of January, 2010.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
pslc 1/12
David Terrence Stephens